IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| SENTRY INSURANCE A MUTUAL COMPANY AS SUBROGEE OF H & R PARTS CO., INC., <br><br> Plaintiff, <br><br> v. <br><br> FOSTORIA INDUSTRIES, INC. AND TPI CORPORATION, <br><br> Defendants. | CASE NO. 6:20-cv-1004 <br><br> JUDGE <br><br> **DEFENDANTS TPI CORPORATION AND FOSTORIA INDUSTRIES, INC.'S NOTICE OF REMOVAL** |

Pursuant to 28 U.S.C. §§ 1332 and 1441, Defendants TPI Corporation ("TPI") and Fostoria Industries, Inc. (incorrectly named as a defendant, hereinafter ("Fostoria")),[1] through undersigned counsel, hereby remove the above-captioned case from the 18th Judicial District, District Court of Sedgwick County, Kansas to the United States District Court for the District of Kansas.[2] This Court has original jurisdiction under 28 U.S.C. §§ 1332 and 1441. Complete diversity of citizenship exists between the parties, and Plaintiff Sentry Insurance A Mutual Company ("Sentry") has demanded relief in excess of $75,000, exclusive of interest and costs. In support of this Notice of Removal, Defendants state as follows:

1. The above-titled civil action was commenced by Plaintiff Sentry against TPI and Fostoria on or about December 12, 2019 relating to a Petition filed against TPI and Fostoria in the 18th Judicial District, District Court of Sedgwick County, Kansas, bearing Case No. 2019-CV-002469-TO.

---

[1] Fostoria was a wholly owned subsidiary of TPI from 1973 until its dissolution in 2010, during which time it existed under the laws of Tennessee. Fostoria is now merely a trademark owned by TPI. Accordingly, Fostoria was not a corporation at any time relevant to this lawsuit and, therefore, Fostoria was incorrectly named as a defendant and should be dismissed.

[2] By removing this action to this Court, Defendants do not waive any defenses, objections, or motions available under state or federal law.

2. Pursuant to 28 U.S.C. § 1446(a), a copy of the Petition served upon Defendants is attached as **Exhibit A.** The remaining filings that comprise the state court file are submitted contemporaneously herewith.

3. Pursuant to 28 U.S.C. § 1446(b)(1), this Notice has been timely filed.

4. Upon information and belief, Sentry is a corporation organized under the laws of the State of Wisconsin, and its principal place of business is headquartered in Stevens Point, Wisconsin. (*See* Sentry Notice of Removal in the matter of *Cowan v. Sentry Insurance A Mutual Company*, 4:17-cv-00437, U.S. District Court for the Northern District of Texas, attached as **Exhibit B**; Sentry Statement and Designation by Foreign Corporation in California, attached as **Exhibit C**.)

5. Sentry's insured, H & R Parts Co., Inc., is a Kansas corporation. (Pl. Petition at ¶ 2.) Upon information and belief, H & R Parts Co., Inc.'s principal place of business is in Wichita, Kansas. (*See id.* at ¶ 3.)

6. TPI is a Tennessee corporation with its principal place of business in Johnson City, Tennessee. (*Id*. at ¶ 6.)

7. Fostoria was a wholly owned subsidiary of TPI from 1973 until its dissolution in 2010, during which time it existed under the laws of Tennessee. Fostoria is now merely a trademark owned by TPI. Accordingly, Fostoria was not a corporation at any time relevant to this lawsuit and, therefore, Fostoria was incorrectly named as a defendant. Notwithstanding the foregoing, to the extent Fostoria's citizenship is considered, Fostoria was a corporation existing in Tennessee and consents to removal.

8. Accordingly, there is complete diversity of citizenship between the parties.

9. Sentry has demanded relief in an amount in excess of $75,000, exclusive of interest

and costs, for each of its claims. (*Id. generally*.)

10. For the foregoing reasons, this Court has jurisdiction over this matter based on diversity of citizenship pursuant to 28 U.S.C. § 1332.  This case may be removed to this Court in accordance with 28 U.S.C. § 1446(b)(1).

11. The 18th Judicial District, District Court of Sedgwick County, Kansas is located within the District of Kansas, Wichita Division.  Venue is therefore proper because this is the "district and division embracing the place where such action is pending." *See* 28 U.S.C. § 1441(a).

12. As required by 28 U.S.C. § 1446(d), a copy of this Notice of Removal is being served upon counsel for Sentry, and a copy is being filed with the 18th Judicial District, District Court of Sedgwick County, Kansas.

WHEREFORE, Defendants TPI Corporation and Fostoria Industries, Inc. give notice that the civil action docketed 2019-CV-002469-TO in the 18th Judicial District, District Court of Sedgwick County, Kansas is removed to this Court pursuant to, and in accordance with, 28 U.S.C. §§ 1332, 1441, and 1446(b)(1).

Respectfully submitted,

*/s/ Sandra J. Wunderlich*
Sandra J. Wunderlich (#15722)
TUCKER ELLIS LLP
100 South 4th Street, Suite 600
St. Louis, MO 63102
Tel:     314.256.2550
Fax:    314.256.2549
E-mail:  sandra.wunderlich@tuckerellis.com

*Attorney for Defendants TPI Corporation and Fostoria Industries, Inc. (incorrectly named as a defendant)*

## PROOF OF SERVICE

I hereby certify that on January 10, 2020, a copy of the foregoing Defendants' Notice of Removal was served via First Class U.S. Mail, postage prepaid, and via electronic mail to the following:

Michael L. Hughes
McCORMICK GORDON BLOSKEY & POIRIER
6300 W. 143rd Street
Suite 140
Overland Park, KS 66223
Telephone:   913.322.4061
Facsimile:    913.322.4374
Email: mhughes@mgbp-law.com

-AND-

Michael J. Griffin
NIELSEN, ZEHE & ANTAS, P.C.
55 West Monroe Street, Suite 1800
Chicago, IL 60603
Telephone:   312.322.9900
Facsimile:    312.322.9977
Email: mgriffin@nzalaw.com

*Attorneys for Plaintiff*

/s/ Sandra J. Wunderlich
*Attorney for Defendants TPI Corporation and Fostoria Industries, Inc. (incorrectly named as a defendant)*

4521441.1